UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-4517(DSD/SRN)

A.R.Y.L.L.R.,

       Plaintiff,

v.                                                      **ORDER**

Baomin Liang, Yuping Shi,
Shaojie Shi, and
John and Jane Does,

       Defendants.


     This matter is before the court upon petitioner's pro se objections to the report and recommendation of Magistrate Judge Susan R. Nelson dated November 14, 2007.  In her report, the magistrate judge recommends that petitioner's application for leave to proceed in forma pauperis be denied and the action be dismissed for lack of personal jurisdiction.

     The court reviews the report and recommendation of the magistrate judge de novo.  28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b).  Petitioner's objections to the report and recommendation are indecipherable and provide no apposite legal authority or argument to support his contentions.  The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion.  Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 3] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for leave to proceed in forma pauperis [Doc. No. 2] is denied and this action is dismissed.

Dated:  December 19, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court
